UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

OTHMAN GHAZI ATIYAH AL OBAIDI
                              Petitioner,

        v.

    TODD BLANCHE, et al.

                              Respondents.

Case No. 3:26-cv-01371

**JUDGE JAMES D CAIN, JR**

**MAGISTRATE JUDGE MARK L HORNSBY**

**ORDER**

IT IS ORDERED THAT the petition for habeas corpus is hereby dismissed without prejudice in the above-described action.

THUS DONE AND SIGNED in Chambers this 9th day of July, 2026.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE

1